```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07548
    BARBARA J SCOTT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8503


--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/26/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERIQUEST MORTGAGE       CURRENT MORTG        .00            .00            .00
AMERIQUEST MORTGAGE       MORTGAGE ARRE   29067.27            .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC   12752.05            .00         741.02
DAIMLER CHRYSLER FINANCI  UNSECURED        2982.05            .00            .00
CHASE AUTO FINANCE        SECURED VEHIC        .00            .00            .00
CHASE AUTO                UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        16746.33            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         968.51            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         605.21            .00            .00
EXCEL EMERGENCY CARE      UNSECURED       NOT FILED           .00            .00
GINNYS                    UNSECURED         194.78            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        5596.39            .00            .00
MIDNIGHT VELVET           UNSECURED         215.84            .00            .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1127.61            .00            .00
VILLAGE OF MATTESON       UNSECURED         100.00            .00            .00
STERLING & KING INC       UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  SECURED          8569.16            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                          48.98
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 790.00

PRIORITY                                        .00
SECURED                                      741.02
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          48.98

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07548 BARBARA J SCOTT
```

```
DEBTOR REFUND                                                           .00
                                        ---------------        ---------------
TOTALS                                          790.00                 790.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/27/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 07 B 07548 BARBARA J SCOTT